UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Lebi LEDESMA-Resendiz,** Defendant | Magistrate Docket No. '08 MJ 1893 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **June 18, 2008** within the Southern District of California, defendant, **Lebi LEDESMA-Resendiz,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **JUNE 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

SLF

**CONTINUATION OF COMPLAINT:**
**Lebi LEDESMA-Resendiz**

## PROBABLE CAUSE STATEMENT

On June 18, 2008, at approximately 9:30 a.m., Officer Whitaker of the Escondido Police Department was working bike patrol duties in the City of Escondido, California. Officer Whitaker made contact with defendant, **Lebi LEDESMA-Resendiz**, on West 11th Avenue near South Escondido Boulevard. The defendant was recognized by Officer Whitaker as a known previously deported criminal alien from prior encounters in Escondido.

Officer Whitaker made contact with United States Border Patrol Agents and requested assistance. Agents N. Mondragon and P. Castillo responded to Officer Whitakers location. Agent Mondragon identified himself to the defendant as a Border Patrol Agent and conducted an immigration inspection. The defendant admitted to being a citizen and national of Mexico and not in possession of any immigration documents that would allow him to enter or remain in the United States legally. The defendant was placed under arrest and transported to the Murrieta Border Patrol Station in Murrieta, California for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 28, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico without any immigration documents to be in the United States legally.